Hon. Robert J. Bryan

06-CV-05351-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LORI A. SIVERSON,<br><br>                Plaintiff,<br><br>     v.<br><br>THE UNITED STATES OF AMERICA and DAVID HARRING,<br><br>                Defendants. | No. C06-5351-RJB<br><br>STIPULATED ORDER EXTENDING UNITED STATES' DEADLINE TO FILE ANSWER |

**STIPULATION**

IT IS HEREBY STIPULATED by the parties to the above action, by and through their respective attorneys, that the United States' deadline for filing an Answer to plaintiff's Complaint should be extended from August 25, 2006, until September 15, 2006.

Dated this 22nd day of August, 2006.

//
//
//
//

STIPULATED ORDER EXTENDING UNITED
STATES' DEADLINE TO FILE ANSWER - 1
(C06-5351RJB)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

| | |
|---|---|
| JOHN McKAY<br>United States Attorney | ENGLISH LANE MARSHALL STAHNKE &<br>VANDERWOOD |
| /s/ Rebecca S. Cohen<br>REBECCA S. COHEN, WSBA No. 31767<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101<br>(206) 553-7970<br>rebecca.cohen@usoj.gov<br>Attorney for the United States | /s/ Derek A. Vanderwood<br>Derek A. Vanderwood, WSBA No. 24257<br>12204 SE Mill Plain Blvd., Suite 200<br>Vancouver, Washington 98684<br>(360) 449-6100<br>vanderwood@elmbsv.com<br>Attorney for Plaintiff |

## ORDER

The parties having so stipulated and agreed, it is hereby **SO ORDERED** that the United States' deadline to file an Answer to plaintiff's Complaint is extended to September 15, 2006. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this ___ day of Aug, 2006.

_____
Judge Robert J. Bryan
United States District Court Judge

Presented by:

JOHN McKAY
United States Attorney

/s/ Rebecca S. Cohen
REBECCA S. COHEN
Assistant United States Attorney
Attorney for the United States
U.S. Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
(206) 553-7970
rebecca.cohen@usoj.gov

STIPULATED ORDER EXTENDING UNITED
STATES' DEADLINE TO FILE ANSWER - 2
(C06-5351RJB)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  ENGLISH LANE MARSHALL STAHNKE & VANDERWOOD

2

3  /s/ Derek A. Vanderwood
   Derek A. Vanderwood, WSBA No. 24257
   12204 SE Mill Plain Blvd., Suite 200
4  Vancouver, Washington 98684
   (360) 449-6100
5  vanderwood@elmbsv.com
   Attorney for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED ORDER EXTENDING UNITED
STATES' DEADLINE TO FILE ANSWER -- 3
(C06-5351RJB)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the United States Attorney Office for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers.

That on August 22, 2006, she electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record for the plaintiff(s):

Derek Jay Vanderwood:  vanderwood@elmbsv.com

To the person(s) who are non CM/ECF participants, service will be made via U.S. postal service, addressed as follows:

-0-

DATED this 22nd day of August, 2006.

>                         s/Jing Y. Xu
>                         JING Y. XU
>                         Legal Assistant
>                         United States Attorney's Office
>                         700 Stewart Street, Suite 5220
>                         Seattle, Washington 98101-1271
>                         Phone: 206-553-7970
>                         FAX:   206-553-4073
>                         E-mail: jing.xu@usdoj.gov

STIPULATED ORDER EXTENDING UNITED
STATES' DEADLINE TO FILE ANSWER    4
(C06-5351RJB)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970