District Judge Robert J. Bryan

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORI A. SIVERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br>and DAVID HERRING,<br><br>　　　　Defendants. | NO. CV06-5351-RJB<br><br>STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST ALL PARTIES<br><br>**[ x ] Clerk's Action Required** |

　　　　Pursuant to FRCP 41(a)(1), the parties to this action, by and through their attorneys of record, hereby stipulate that the above-captioned action shall be dismissed with prejudice and without an award of costs to either party.

　　　　**SO STIPULATED** this 26th day of April, 2007.

| | |
|---|---|
| JOHN MCKAY<br>United States Attorney | ENGLISH LANE MARSHALL<br>STAHNKE & VANDERWOOD |

_____/s/_____       _____/s/_____

Rebecca S. Cohen, WSBA #31767         Derek J. Vanderwood, WSBA #24257
Assistant United States Attorney       12204 S.E. Mill Plane Blvd., Suite 200
U.S. Attorney's Office                 Vancouver, WA  98684
Western District of Washington         (360) 449-6100
700 Stewart Street, Suite 5220         vanderwood@elmbsv.com
Seattle, WA  98101                     Attorney for Plaintiff
(206) 553-7970
rebecca.cohen@usoj.gov
Attorney for the United States


LAW OFFICE OF B. JEFFREY CARL


_____/s/_____
B. Jeffrey Carl, WSBA #15730
705 Second Avenue, Suite 910
Seattle, WA  98104
(206) 682-5120
jcarl@wolfenet.com
Attorney for the United States

**ORDER**

The parties having so stipulated and agreed, it is hereby **SO ORDERED** that the above-captioned action is dismissed with prejudice and without costs to any party. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 30th day of April, 2007.

_____
ROBERT J. BRYAN
United States District Judge

**Presented By**:

| | |
|---|---|
| JOHN MCKAY<br>United States Attorney | ENGLISH LANE MARSHALL<br>STAHNKE & VANDERWOOD |
| _____/s/_____<br>Rebecca S. Cohen, WSBA #31767<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101<br>(206) 553-7970<br>rebecca.cohen@usoj.gov<br>Attorney for the United States | _____/s/_____<br>Derek J. Vanderwood, WSBA #24257<br>12204 S.E. Mill Plane Blvd., Suite 200<br>Vancouver, WA 98684<br>(360) 449-6100<br>vanderwood@elmbsv.com<br>Attorney for Plaintiff |

LAW OFFICE OF B. JEFFREY CARL

_____/s/_____
B. Jeffrey Carl, WSBA #15730
705 Second Avenue, Suite 910
Seattle, WA 98104
(206) 682-5120
jcarl@wolfenet.com
Attorney for the United States